## I. CHARGES

CRIMINAL DOCKET

PO: 0975  1  7506
        7120

VS. LEVINE, MICHAEL R.

Date Filed: 11 / 05 / 85
Case No: 02198  01
No. of Defts: 2

| U.S. TITLE-SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM | GUILTY / NOLO |
|---|---|---|---|---|
| FRCrP Rule 42 | Criminal Contempt | 1 | X | |

## II. KEY DATE

- INTERVAL ONE — KEY DATE (EARLIEST OF): 11-05-85 — x OSC / Felony W/waiver — APPLICABLE
- END ONE AND/OR BEGIN TWO: KEY DATE 12-10-85 (LATEST OF) — X 1st appears on pending charge / R40
- END INTERVAL TWO: KEY DATE 12-10-85 APPLICABLE — X Dismissal

1st appears with or waives counsel: 12-10-85
2nd Trial Began / DISPOSITION DATE: 12-17-85

## III. MAGISTRATE

(blank)

Show last names and suffix numbers of other defendants on same indictment/information:
Tamanaha (02)

## IV. ATTORNEYS

U.S. Attorney or Asst:
DANIEL A. BENT
by THEODORE S. GREENBERG, Spec. Asst. U.S. Atty.
701 Prince St.
Alexandria, VA 22314
(703) 557-9100

Defense: 2 X Ret

HART WOLFF & WILSON
BROOK HART
333 Queen St.
Suite 610
Honolulu, Hawaii 96813
ph: 526-0811

JAN 5 1986

FINE AND RESTITUTION PAYMENTS

Docket Entries Begin On Reverse Side

| DATE | DOCUMENT NO. | | | | EXCLUDABLE DELAY | | |
|---|---|---|---|---|---|---|---|
| | | 85 02198 01 | ☐ MASTER DOCKET - MULTIPLE DEFENDANT CASE  PAGE 1 OF ___<br>☒ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | | Start Date/End Date | Ltr Code | Total Days |

### V. PROCEEDINGS

**1985**
**Nov 5**
1. Order To Show Cause For Criminal Contempt     FONG
   **(ON FILE WITH COURT SECURITY OFFICER)**
2. Order To Show Cause For Criminal Contempt     FONG
   cc: USA, Levine, Parsons, Tamanaha
   (Note: this order is the same as #1 above, except that #2 does not include the classified information in Section III of Doc #1)
   EO: Order To Show Cause for Criminal Contempt ordered by Judge Fong is scheduled for 12-10-85 - judge to be assigned

**8**
3. Ex Parte Application For Order Shortening Time To File Motion To Modify Protective Order; Proposed Order
4. Ex Parte Application For Order Shortening Time To File Motion To Continue; Proposed Order
5. Motion To Continue Contempt Proceedings Until Last Week In February 1986
6. Declaration of Brook Hart

**12**
   EO: At the Request of Judge Fong, all documents filed re: "Order To Show Cause for Criminal Contempt" will be Express Mailed to Theodore Greenberg, prosecutor for this hearing, on a _daily_ basis
   EO: Address of Theodore S. Greenberg
       U.S. Attorney's Office
       701 Prince St.
       Alexandria, VA 22314
       ph: (703) 557-9100

**13**    EO: Documents 2,3,4,5,6 - Express Mailed to Greenberg
**14**  7. ORDER Establishing Briefing Schedule For Motions For Continuance and to Modify Protective Order     FONG
   cc: Levine, Tamanaha, Hart, Peyton, Greenberg
   [Govt to file opposition by close of business 11-20-85]
8. Partial Transcript of Proceedings - 10-04-85 - (YI) - orig - Part 1, P 1-74
   **(ON FILE WITH COURT SECURITY OFFICER)**
9. Partial Transcript of Proceedings - 10-04-85 - (YI) - orig - Vol II, of 2 Vol p 1-49 **(ON FILE WITH COURT SECURITY OFFICER)**

**20** 10. Response of The United States To Defendant's Motion To Modify The Protective Order And To Grant Security Clearances
    cc: phoned Laurel/Hart, Levine, Tamanaha
11. Government's Opposition To Motion To Continue Contempt Proceedings
    cc: phoned Laurel/Hart, Levine, Tamanaha

**22** 12. ORDER Amending Caption - the caption of the criminal contempt proceedings arising from USA vs. Rewald is amended to reflect "USA vs. MICHAEL R. LEVINE and BRIAN Z. TAMANAHA" under criminal number of 85-02198-01-02     FONG

**27** 13. Ex Parte Motion for Order Shortening Time for Hearing on Defendants' Motion to Disqualify Theodore Greenberg From Prosecuting Contempt Charges Against Michael R. Levine and Brian Z. Tamanaha; Affidavit of Brook Hart; Proposed Order
    cc: Greenberg                                                          11-27-85  E  14
                                                                           12-10-85
14. Affidavit of Brook Hart
    cc: Greenberg
15. ORDER GRANTING Defendants' Ex Parte Motion For Order Shortening Time For Hearing On Defendants' Motion To Disqualify Theodore Greenberg From Prosecuting Contempt Charges Against Michael R. Levine and Brian Z. Tamanaha     FONG
16. Notice of Motion - 12-09-85 @ 11:00 a.m. (Marilyn Patel) - Motion To Disqualify Theodore Greenberg From Prosecuting Contempt Charges Against Michael R. Levine And Brian Z. Tamanaha; Memorandum; Affidavit of Brian Z. Tamanaha; Certificate of Service

CONTINUED TO PAGE 2

AO 256A   Case 1:85-cr-02198-NONE   Document 1   Filed 11/05/85   Page 3 of 4   PageID.3
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U. S. vs    LEVINE, MICHAEL R.
Page 2
85   02198   01
Yr. | Docket No. | Def.

| DATE | | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| **1985** | | | | | | |
| Nov 29 | 17 | Supplemental Affidavit to Motion to Continue Trial Date<br>  cc: Greenberg | | | | |
| Dec 2 | 18 | Order to Refer Contempt Hearing -<br>  trial of USA vs Levine & Tamanaha has been referred to<br>  Judge Marilyn Patel; defts' motion to refer the case is<br>  rendered moot and the same is DENIED        FONG<br>  cc: Judge Patel, Greenberg, Peyton, Levine/Tamanaha,<br>  Hall, Hart | | | | |
| 4 | 19 | Order Granting in Part Defendants' Motion to Modify Protective<br>  Order                           FONG<br>  [the unclassified portions of the Orders cited in the<br>  Order to Show Cause filed 11-08-85 can be made available<br>  to counsel for defts by the gov't as soon as possible;<br>  to the extent that this order is in conflict with any pro-<br>  tective orders previously entered by this Court, said orders<br>  are modified by this order.] | | | | |
| | 20 | Government's Opposition to Motion to Continue Contempt Proceedings | | | | |
| 9 | 21 | Government's Trial Brief | | | | |
| | 22 | Defendants' Trial Memorandum Re: Counts I & IV | | | | |
| | | EP: Defts' Motion to Disqualify Ted Greenberg DENIED. Later<br>  discussion between Court and counsel regarding pretrial<br>  matters and arguments on defts' Motion to Dismiss - Defts'<br>  Motion to Dismiss Counts 1, 2 & 4 submitted - Case contd<br>  to Dec. 10, 1985 at 11:00 for further evidentiary hearing<br>  as to Ct 3.       (Sandra Maunez)   MARILYN H. PATEL | | | | |
| | 23 | Supplemental Pleading Re: Identity of John Mason; Exhibit A<br>  [filed with Court Security Officer; unclassifed] | | | | |
| 10 | | EP: Defts' Motion to Dismiss Counts I, II & IV GRANTED with<br>  prejudice. Govt's Motion to Dismiss Count III GRANTED<br>  with prejudice. Court will prepare the order. (TC) MARILYN H. PATEL | | | | |
| 17 | 24 | Order Re Contempt           MARILYN H. PATEL<br>  [Defts' Motion to Dismiss Counts I, II and IV GRANTED;<br>  Govt's Motion to Dismiss Count III GRANTED.]<br>  cc: Greenberg, Hart, Hall, Levine/Tamanaha | | | | |
| 20 | | EO: Rec'd letter from Brook Hart to Judge Patel requesting<br>  modification of the Order Re Contempt; rec'd response<br>  via letter from the gov't | | | | |
| | 25 | Order Re Modification           MARILYN H. PATEL<br>  [Deft Levine's request for modification is DENIED]<br>  cc: Hart, Hall, USA, Levine/Tamanaha | | | | |
| **1986** | | | | | | |
| Jan 10 | 26 | NOTICE OF APPEAL (By Plaintiff) | | | | |
| 15 | 27 | Order for Time Schedule - RT to be ordered by 1-24-86;<br>  RT to be filed by 2-14-86; Aplt's Desig. & Brief to be<br>  filed by 3-7-86; Aple's Desig. to be filed by 3-21-86;<br>  Aple's Brief to be filed by 3-28-86; Reply Brief, if any,<br>  to be filed by 4-11-86 - cc: Greenberg, Hart & Court Reporters | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

LEVINE, MICHAEL R.                                          CR 85-02198-01

| DATE | | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| **1986** | | | | | | |
| Jan 27 | 28 | Transcript Designation and Ordering Form - 12-10-85, 12-11-85 Sandra Maunez & Terrence Chun | | | | |
| 30 | | Transcript of Proceedings - 12-10-85 - (TC) - defts 01, 02 - Orig. | | | | |
| Feb 14 | 29 | Ex Parte Motion for Order Shortening Time for Hearing on Defendants' Motion to Refer Trial on Contempt and Related Proceedings to Another Judge; Affidavit of Brook Hart; Proposed Order [pertains to moving trial date from 12-10-85 to 12-17-85 + referred to Judge Fong] | | | | |
| 19 | 30 | Order Denying Defendants' Ex Parte Motion to Shorten Time  FONG [Motion to refer trial has been decided without a hearing, so motion to shorten time ro refer trial is moot] cc: Hart, Hall, Levine, Tamanaha, Peyton | | | | |
| 27 | | Transcript of Proceedings - 12-9-85 - (Sandra Maunez) - Orig. | | | | |
| Mar 10 | | Certificate of Record mailed to Clerk, 9th CCA; Copy of CR, docket sheet & Desig. of Clerk's Record on Appeal form w/instructions sent to Smith & Hart | | | | |
| Apr 30 | 31 | ORDER - Govt's motion of 4-15-86 to <u>DISMISS its appeal</u> - GRANTED - 9th CCA cc: Greenberg, Hall, USPO, deft, Judge Fong | | | | |
| **1998** | | | | | | |
| Nov 9 | | Transcript of Proceedings - pgs. 19 - 12/10/85 Terrence Chun | | | | |

Interval (per Section II)  |  Start Date / End Date  |  Ltr. Code  |  Total Days